DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
GUADALUPE RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUADALUPE RAMOS,<br><br>　　　　　Defendant. | NO. CR.S-09-483-EJG<br><br>**STIPULATION AND** ~~[PROPOSED]~~ **ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　September 21, 2012<br>Time:　10:00 a.m.<br>Judge:　Hon. Edward J. Garcia |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GUADALUPE RAMOS that the status conference hearing date of September 7, 2012, be vacated, and the matter be set for status conference on September 21, 2012, at 10:00 a.m.

　　The reason for the continuance is that the defense counsel just received the audio tapes of Mr. Ramos' September 6, 2005 deportation hearing and requires more time to finish reviewing them.

　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including September 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 5, 2012        Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for GUADALUPE RAMOS

DATED: September 5, 2012        BENJAMIN WAGNER
United States Attorney

/s/ Christopher Hales
CHRISTOPHER HALES
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 7, 2012 status conference hearing be continued to September 21, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 21, 2012, status conference shall be excluded

from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 9/6/12

EDWARD J. GARCIA
United States District Judge