DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
GUADALUPE RAMOS

FILED
SEP 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUADALUPE RAMOS,<br><br>　　　　Defendant. | NO. CR.S-09-483-EJG<br><br>**STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　October 5, 2012<br>Time:　10:00 a.m.<br>Judge:　Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GUADALUPE RAMOS that the status conference hearing date of September 28, 2012, be vacated, and the matter be set for status conference on October 5, 2012, at 10:00 a.m.

The reason for the continuance is that the defense counsel is out ill this week and needs additional time to review the pre-sentence report with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 5, 2012,

1  pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable
2  time to prepare] and Local Code T4 based upon continuity of
3  counsel and defense preparation.

5  DATED: September 24, 2012        Respectfully submitted,
6                                   DANIEL J. BRODERICK
                                    Federal Public Defender
7
                                    /s/ Courtney Fein
8                                   COURTNEY FEIN
                                    Assistant Federal Defender
9                                   Designated Counsel for Service
                                    Attorney for GUADALUPE RAMOS
10

11 DATED: September 24, 2012        BENJAMIN WAGNER
                                    United States Attorney
12
                                    /s/ Christopher Hales
13                                  CHRISTOPHER HALES
                                    Assistant U.S. Attorney
14                                  Attorney for Plaintiff

15                                ORDER

16      UPON GOOD CAUSE SHOWN and the stipulation of all parties,
17 it is ordered that the September 28, 2012 status conference
18 hearing be continued to October 5, 2012, at 10:00 a.m. Based
19 on the representation of defense counsel and good cause
20 appearing therefrom, the Court hereby finds that the failure to
21 grant a continuance in this case would deny defense counsel
22 reasonable time necessary for effective preparation, taking
23 into account the exercise of due diligence. The Court finds
24 that the ends of justice to be served by granting a continuance
25 outweigh the best interests of the public and the defendant in
26 a speedy trial. It is ordered that time up to and including
27 the October 5, 2012, status conference shall be excluded from
28 computation of time within which the trial of this matter must

1 be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
2 § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow
3 defense counsel reasonable time to prepare.

Dated: 9/24/12

EDWARD J. GARCIA
United States District Judge

3